# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUSAN CATHERINE EDGERTON, | |
| Plaintiff, | Case No. 21-cv-02443 |
| v. | Hon. Charles R. Norgle |
| SHEDD AQUARIUM SOCIETY d/b/a JOHN G. SHEDD AQUARIUM, | Mag. Judge Young B. Kim |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, and the Court being otherwise advised;

**IT IS HEREBY ORDERED** that the above-captioned matter is DISMISSED in its entirety as to all parties, with prejudice and without the payment of costs or attorney fees.

**IT IS SO ORDERED.**

Dated: 9-17-71

_____
Hon. Charles R. Norgle
United States District Court Judge

1

I stipulated to entry of the above Order:

/s/ Jennifer B. Salvatore
SALVATORE PRESCOTT
PORTER & PORTER, PLLC

Jennifer B. Salvatore
105 E. Main Street
Northville, MI 48167
Phone: (248) 679-8711
salvatore@spplaw.com

Andrea L. Evans
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
evans@spplaw.com

*Attorneys for Plaintiff*

/s/ Stacey Lynn Smiricky (with consent)
FAEGRE DRINKER BIDDLE &
REATH LLP

Stacey Lynn Smiricky
Taylor Lee Haran
311 South Wacker Drive
Chicago, IL 60606
(312) 212-6500
stacey.smiricky@faegredrinker.com
taylor.haran@faegredrinker.com

*Attorneys for Defendant*

Dated: September 16, 2021

Order prepared by Jennifer B. Salvatore